UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCY H. KOH, et al.,<br><br>    Defendants. | Case No. 18-cv-02363-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Ruchell Cinque Magee has not complied with the Court's order to file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Accordingly, this action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Magee may move to reopen. Any such motion must be filed with a complete IFP application or payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 4, 2018

_____
WILLIAM H. ORRICK
United States District Judge